1  Adam E. Lang (#022545)
   David G. Barker (#024657)
2  SNELL & WILMER L.L.P.
   One Arizona Center
3  400 E. Van Buren, Suite 1900
   Phoenix, Arizona 85004-2202
4  Telephone: 602.382.6000
   Facsimile: 602.382.6070
5  E-Mail: alang@swlaw.com
           dbarker@swlaw.com
6  Attorneys for Defendant Liftable Media Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Natan Dvir, | No. 2:19-cv-02141-GMS |
| Plaintiff, | **STIPULATION TO DISMISS LAWSUIT WITH PREJUDICE** |
| v. | |
| Liftable Media Inc., | |
| Defendant. | |

The parties hereby stipulate, agree, and request that the lawsuit, and all claims asserted in the lawsuit, be dismissed with prejudice, with each party to bear his or its own attorneys' fees, costs, and expenses. A proposed form of order is lodged with this Stipulation.

DATED this 5th day of August 2019.

LIEBOWITZ LAW FIRM PLLC

By: s/ Richard P. Liebowitz w/permission
Richard Paul Liebowitz
11 Sunrise Plz, Ste. 305
Valley Stream, New York 11580
*Attorneys for Plaintiff Natan Dvir*

SNELL & WILMER L.L.P.


By: s/ Adam E. Lang
Adam E. Lang
David G. Barker
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
*Attorneys for Defendant Liftable Media Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that, on August 5, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Richard P. Liebowitz
>Liebowitz Law Firm PLLC
>11 Sunrise Plz., Suite 305
>Valley Stream, New York 11580
>*Attorneys for Plaintiff Natan Dvir*
>
>Justin E. Klein
>Ice Miller LLP
>1500 Broadway, Suite 29th Floor
>New York, New York 10036
>*Attorneys for Defendant Liftable Media Inc.*

  s/   Jan Snyder
4826-5540-7005